# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
# CONCILIATION CONFERENCE MINUTES

## Conciliation Conference:

- **Debtor:** DONALD L & ROXANNE L YOHO
- **Case Number:** 16-22380-JAD    **Chapter:** 13
- **Date / Time / Room:** THURSDAY, OCTOBER 22, 2020 09:00 AM   3251 US STEEL
- **Hearing Officer:** CHAPTER 13 TRUSTEE

## Matter:

#120 - Continued Confirmation of Plan Dated 7/3/2020 - FC
+Objections By: Pingora Loan Servicing, LLC filed 8/12/2020 @ Doc. #122
R / M #: 120 / 0

## Appearances: *Rozenblum*

- Debtor:
- Trustee: (Winnecour) / Pail / Katz / DeSimone
- Creditor:

## Proceedings:

Outcome: **Continued**

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.
8. ✓ An Amended Plan is to be served on all creditors and certificate of service filed by **12/15/20**
   Objections are due on or before **1/5/21**
   A hearing on the Amended Plan is set for **1/28/21** at **1:30 PM**.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

FILED
10/28/20 12:13 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA