**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE:  Donald L. Yoho and | ) | |
| Roxanne L. Yoho | ) | Case No. 16-22380-JAD |
| | ) | |
| | ) | Chapter 13 |
| Debtor(s). | ) | |
| | X | Related to Docs. #129 and 139 |

**ORDER OF COURT**
**(Check Boxes That Apply)**

☒  Confirming Plan on Final Basis        ☐  Chapter 13 Plan dated: _____

☐  Authorizing Distributions Under Plan On Interim Basis Solely as Adequate Protection        ☒  Amended Chapter 13 dated: 12-15-2020

IT IS HEREBY ORDERED that pursuant to the plan identified above (the "Plan"), as the same may be modified by this Order, the Chapter 13 Trustee is authorized to make distributions to creditors holding allowed claims from available funds on hand. Such distributions shall commence no earlier than the Chapter 13 Trustee's next available distribution date after the first day of the month following the date on which this Order is entered on the Court's docket.

IT IS FURTHER ORDERED that those terms of the Plan which are not expressly modified by this Order shall remain in full force and effect. To the extent any terms and conditions of the Plan are in conflict with this Order, the terms of this Order shall supersede and replace any conflicting terms and conditions of the Plan.

1. **Unique Provisions Applicable Only to This Case:** *Only those provisions which are checked below apply to this case:*

    ☒        A.  For the remainder of the Plan term, the periodic monthly Plan payment is amended to be $3,057, beginning 2/21. To the extent there is no wage attachment in place or if an existing wage attachment is insufficient to fund the Plan payments, counsel to the Debtor(s) shall within seven (7) days hereof file a wage attachment motion (or motions) to fully fund the Plan payments, or shall sign up for and commence payments under the Trustee's TFS online payment program.

    ☐        B.  The length of the Plan is changed to a total of at least ____months. This

-1-

statement of duration of the Plan is an approximation. The Plan shall not be completed until the goals of the Plan have been achieved.

☐    C.  To the extent this Order is entered as a form of adequate protection, the Trustee is authorized to distribute to secured and priority creditors with percentage fees payable to the Chapter 13 Trustee on receipt as provided for in 28 U.S.C. §586. ***Continued conciliation conferences before the Trustee or contested hearings before the Court shall proceed on such dates and times as appear on the case docket.*** The Trustee is deemed to have a continuous objection to the Plan until such time the Plan is confirmed on a final basis.

**PARTIES ARE REMINDED OF THEIR DUTY TO MONITOR THE COURT'S DOCKET AND ATTEND DULY SCHEDULED HEARINGS. THE PARTIES ARE FURTHER REMINDED OF THEIR DUTY TO MEET AND CONFER AND OTHERWISE ENGAGE IN GOOD FAITH SETTLEMENT NEGOTIATIONS WITH RESPECT TO ANY OBJECTION TO PLAN CONFIRMATION. FAILURE TO COMPLY WITH THESE DUTIES MAY RESULT IN THE IMPOSITION OF SANCTIONS AGAINST THE OFFENDING PARTY.**

☐    D.  Plan confirmation is subject to the resolution of all actions to determine the avoidability, priority, or extent of liens; including determination of the allowed amount of secured claims under *11 U.S.C. §506*, disputes over the amount and allowance of claims entitled to priority under *11 U.S.C. §507*, and all objections to claims.

☐    E.  The allowed claims of general unsecured creditors shall be paid from available funds on a pro rata basis, which may represent an increase or decrease in the amount projected in the Plan.

☐    F.  The following utility creditor _____ shall be paid monthly payments of $_____ beginning with the Trustee's next distribution and continuing for the duration of the Plan's term, to be applied by that creditor to its administrative claim, ongoing budget payments and/or security deposit. These payments shall be at the third distribution level.

☒    G.  The claims of the following creditors shall govern as to amount, classification and rate of interest (or as otherwise noted), unless the Debtor(s) successfully objects to the claim:
  ➢ Peritus Portfolio Services II LLC CL #3
  ➢ Quantum3 CL #1

☐    H.  The secured claims of the following creditors shall govern as to claim amount, to be paid at the modified plan interest rate in a monthly amount to be determined by Trustee to pay the claim in full during the Plan term:
_____

-2-

☐     I. The secured claim(s) of the following creditors shall govern as to claim amount, to be paid at the indicated interest rate in a monthly amount to be determined by Trustee to pay in full during the Plan term:
_____

☒     J. The secured claim(s) of the following creditor(s) shall govern, following all allowed post-petition payment change notices filed of record:
- Pingora Loan Servicing CL#25

☒     K. Additional Terms and Conditions:
- Unsecured creditors have been paid approximately 29.03% (in the POT amount of $14,382.20) per prior confirmation order dated 9-3-2020, which payment is ratified.
- Trustee's Certificate of Default (Doc #96) is treated as resolved by this Order.

**2. Deadlines. The following deadlines are hereby established and apply to this case:**

A. **Applications to retain brokers, sales agents, or other professionals.** If the Plan contemplates a sale or sales of assets or the recovery of litigation proceeds as a source of funding, Debtor(s) shall file motion(s) to employ the necessary professionals within thirty (30) days hereof.

B. **Review of Claims Docket and Objections to Claims.** Pursuant to *W.PA.LBR 3021−1(c)(2)*, the Debtor(s) (or Debtor(s)' attorney, if represented), shall review the proofs of claim filed in this case and shall file objections (1) to any disputed timely filed claims within ninety (90) days after the claims bar date, or (2) to any disputed late filed or amended claims within ninety (90) days after the amended and/or late claims are filed and served. Absent a timely objection or further order of the Court, the timely filed proof of claim will govern as to the classification and amount of the claim; provided however, no creditor shall receive a distribution in this case until such time as the relevant allowed claim is provided for in the Plan or any subsequent amended plan.

C. **Motions or Complaints Pursuant to §§506, 507 or 522.** All actions to determine the priority, avoidability, or extent of liens, and all actions pursuant to *11 U.S.C. §§506, 507 and 522* shall be filed within ninety (90) days after the claims bar date.

D. **Filing Amended Plans or Other Stipulation.** Within fourteen (14) days after the Bankruptcy Court resolves the priority of a claim, avoidability of a lien or interest, or extent of a lien, or any objection to claim, the Debtor(s) shall file an Amended Plan or Stipulated Order Modifying Plan to provide for the allowed amount of the lien or claim if the allowed amount and/or treatment differs from the amount and/or treatment stated in the Plan. The Debtor(s) or Counsel for Debtor(s) should inquire with the Chapter 13 Trustee regarding whether an Amended Plan or proposed Stipulated Order Modifying Plan is the preferred course of action. In

addition, if after the conclusion of the claims bar date and any associated litigation, the Plan is underfunded, Debtor(s) shall also file (1) an amended Plan increasing the monthly Plan payment, and (2) a revised wage attachment to provide for the increased funding.

     **3.**     **Additional Provisions.**  The following additional provisions apply in this case:

     **A.**     Any creditor who files or amends a proof of claim shall serve a copy on the Debtor(s) or counsel for the Debtor(s).

     **B.**     The Trustee shall hold in reserve any distributions under the Plan to any creditor who holds a claim that is provided for in the Plan but which is subject to a duly filed claims objection. Upon entry of further order of the Court, or ultimate allowance of the disputed claim provided for in the Plan, the Trustee may release the reserve and make distribution to the affected creditor. Unless otherwise permitted by separate Order of Court, Trustee shall not commence distributions to unsecured creditors until after the later of the government bar date and a filed notice of an intention to pay claims (the later date being the "Earliest Unsecured Distribution Date"). Trustee may, but has no obligation to, further defer distributions to unsecured creditors until a later date after the Earliest Unsecured Distribution Date.

     **C.**     Any creditor whose payment changes due to variable interest rates, change in escrow, or change in monthly payments, shall notify the Trustee, Debtor(s)' counsel and Debtor(s) at least twenty−one (21) days prior to the change taking effect.

     **D.**     Debtor(s)' counsel must file a fee application in accordance with *W.PA.LBR 2016−1* before attorney fees in excess of the "no look" provision (including retainer) will be allowed or paid.

     **E.**     The Trustee shall file a *Certificate of Default and Request for Dismissal* of the case in the event of a material Plan default.

     **F.**     In the event that any order is entered in this case granting relief from the automatic stay to a secured creditor, then the Trustee shall make no further disbursements to any creditor on account of any allowed ***secured claim*** (that is secured by the property subject to the relief from stay order), unless otherwise directed by further Order of Court.

     **G.**     The Debtor(s) shall maintain all policies of insurance on all property of the Debtor(s) and this estate as required by law and/or contract.

     **H.**     The Debtor(s) shall pay timely all post-confirmation tax liabilities directly to the appropriate taxing authorities as they become due.

Dated: _____2/2/2021_____

_____ sjk
United States Bankruptcy Judge
Jeffery A. Deller

-4-

cc: All Parties

FILED
2/2/21 1:59 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-22380-JAD |
| Donald L Yoho | Chapter 13 |
| Roxanne L Yoho | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: dpas | Page 1 of 4 |
| Date Rcvd: Feb 02, 2021 | Form ID: pdf900 | Total Noticed: 60 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 04, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Donald L Yoho, Roxanne L Yoho, 257 Euclid Rd, Butler, PA 16001-8065 |
| cr | + | Ally Bank, Tucker Arensberg, P.C., c/o Brett A. Solomon, Esquire, 1500 One PPG Place, Pittsburgh, Pa 15222-5413 |
| 14252108 | | Ann Taylor/The Loft, P.O. Box 65969, San Antonio, TX 78266-9569 |
| 14252109 | | Bank of America, P.O. Box 982284, El Paso, TX 79998-2284 |
| 14315092 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14252110 | | Barclays Bank Card, P.O. Box 8802, Wilmington, DE 19899-8802 |
| 14252111 | | Boscovs/Comenity Capital Bank, P.O. Box 659622, San Antonio, TX 78265-9622 |
| 14295269 | | Capital One NA, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14252113 | + | Cenlar, PO Box 77404, Trenton, NJ 08628-6404 |
| 14252117 | | Citibank Simplicity, P.O. Box 9001037, Louisville, KY 40290-1037 |
| 14252118 | + | Citibank/Citigroup, Bankruptcy Dept., P.O. Box 6034, Sioux Falls, SD 57117-6034 |
| 14252119 | + | Citibank/Diamond Preferred Card, 100 Citibank Drive, San Antonio, TX 78245-3202 |
| 14252120 | + | Convergent, 121 NE Jefferson St., Ste. 100, Peoria, IL 61602-1229 |
| 14252123 | | Discover/Tractor Supply Co., P.O. Box 15316, Wilmington, DE 19850-5316 |
| 14252125 | + | First National Bank, 4140 E. State Street, Hermitage, PA 16148-3401 |
| 14992485 | | Flagstar Bank, FSB, P.O. Box 660263, Dallas, TX 75266-0263 |
| 14252127 | + | Harley Davidson Financial Services, Dept 15129, 5505 N. Cumberland Ave Ste 307, Chicago, IL 60656-4761 |
| 14270345 | + | Harley-Davidson Credit Corp., P.O. Box 9013, Addison, Texas 75001-9013 |
| 14252128 | + | Home Depot/Citibank, P.O. Box 790328, Saint Louis, MO 63179-0328 |
| 14264925 | | Navient Solutions, Inc. on behalf of, Educational Credit Management Corporatio, PO BOX 16408, St. Paul, MN 55116-0408 |
| 14317146 | + | PINGORA LOAN SERVICING, LLC, CENLAR FEDERAL SAVINGS BANK, 425 PHILLIPS BLVD., EWING, NJ 08618-1430 |
| 14252139 | + | Sears/CBSD, P.O. Box 6275, Sioux Falls, SD 57117-6275 |
| 14252142 | | Tractor Supply Company, Attn: Customer Solutions Center, 5041 Virginia Way, Brentwood, TN 37027 |
| 14289869 | + | Univ of Pittsburgh Physicians, 6681 Country Club DRive, Golden Valley MN 55427-4601 |
| 14289904 | + | Upmc Community Medicine, 6681 Country Club Drive, Golden Valley MN 55427-4601 |

TOTAL: 25

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: bncmail@w-legal.com | Feb 03 2021 03:04:00 | Synchrony Bank, c/o Weinstein & Riley, P.S., 2001 Western Ave., Suite #400, Seattle, WA 98121-3132 |
| 14252107 | + | Email/Text: ally@ebn.phinsolutions.com | Feb 03 2021 03:02:00 | Ally, PO Box 380901, Minneapolis, MN 55438-0901 |
| 14260794 | | Email/Text: ally@ebn.phinsolutions.com | Feb 03 2021 03:02:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 14295529 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 03 2021 03:03:00 | COMENITY CAPITAL BANK, C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14252112 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Feb 03 2021 03:26:31 | Cabelas Club Visa, P.O. Box 82519, Lincoln, NE 68501-2519 |
| 14252117 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 03 2021 03:26:49 | Citibank Simplicity, P.O. Box 9001037, |

Case 16-22380-JAD   Doc 143   Filed 02/04/21   Entered 02/05/21 00:49:31   Desc
Imaged Certificate of Notice   Page 6 of 8

| District/off: 0315-2 | User: dpas | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Feb 02, 2021 | Form ID: pdf900 | Total Noticed: 60 |

| Recipient | | Notice Method | Date/Time | Address |
|---|---|---|---|---|
| | | | | Louisville, KY 40290-1037 |
| 14252118 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 03 2021 03:25:03 | Citibank/Citigroup, Bankruptcy Dept., P.O. Box 6034, Sioux Falls, SD 57117-6034 |
| 14252119 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 03 2021 03:23:17 | Citibank/Diamond Preferred Card, 100 Citibank Drive, San Antonio, TX 78245-3202 |
| 14252121 | + | Email/Text: bdsupport@creditmanagementcompany.com | Feb 03 2021 03:04:00 | Credit Management Company, 2121 Noblestown Road, Pittsburgh, PA 15205-3956 |
| 14252122 | | Email/Text: mrdiscen@discover.com | Feb 03 2021 03:02:00 | Discover, P.O. Box 15316, Wilmington, DE 19850-5316 |
| 14255894 | | Email/Text: mrdiscen@discover.com | Feb 03 2021 03:02:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14252124 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 03 2021 03:03:00 | Dress Barn, P.O. Box 659704, San Antonio, TX 78265-9704 |
| 14252128 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 03 2021 03:26:49 | Home Depot/Citibank, P.O. Box 790328, Saint Louis, MO 63179-0328 |
| 14252129 | | Email/Text: bankruptcy@huntington.com | Feb 03 2021 03:03:00 | Huntington National Bank, P.O. Box 182519, Columbus, OH 43218-2519 |
| 14252130 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 03 2021 03:03:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14252114 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Feb 03 2021 03:24:44 | Chase, P.O. Box 15153, Wilmington, DE 19886-5153 |
| 14252115 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Feb 03 2021 03:22:59 | Chase, P.O. Box 15298, Wilmington, DE 19850-5298 |
| 14252116 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Feb 03 2021 03:22:59 | Chase Zappo Visa, P.O. Box 94014, Palatine, IL 60094-4014 |
| 14252126 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Feb 03 2021 03:24:44 | Freedom Chase Visa, P.O. Box 94014, Palatine, IL 60094-4014 |
| 14252132 | | Email/Text: BKRMailOPS@weltman.com | Feb 03 2021 03:03:00 | Kay Jewelers, P.O. Box 740425, Cincinnati, OH 45274-0425 |
| 14252133 | | Email/Text: PBNCNotifications@peritusservices.com | Feb 03 2021 03:02:00 | Kohls, P.O. Box 3043, Milwaukee, WI 53201-3043 |
| 14278268 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 03 2021 03:23:04 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14296174 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 03 2021 03:03:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14252134 | | Email/PDF: pa_dc_claims@navient.com | Feb 03 2021 03:26:35 | Navient, P.O. Box 9500, Wilkes Barre, PA 18773-9500 |
| 14381562 | | Email/Text: peritus@ebn.phinsolutions.com | Feb 03 2021 03:04:00 | PERITUS PORTFOLIO SERVICES II, LLC, PO BOX 141419, Irving, Tx 75014-1419 |
| 14318598 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 03 2021 03:26:34 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14252135 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 03 2021 03:22:58 | PayPal Credit, P.O. Box 105658, Atlanta, GA 30348-5658 |
| 14252136 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 03 2021 03:03:00 | Pier One Imports/Comenity Bank, P.O. Box 182273, Columbus, OH 43218-2273 |
| 14252137 | | Email/PDF: gecsedi@recoverycorp.com | Feb 03 2021 03:22:58 | QCard, P.O. Box 965017, Orlando, FL 32896-5017 |
| 14252138 | | Email/PDF: gecsedi@recoverycorp.com | Feb 03 2021 03:24:43 | QCard/Synchrony Bank, P.O. Box 530905, |

| District/off: 0315-2 | User: dpas | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Feb 02, 2021 | Form ID: pdf900 | Total Noticed: 60 |

| | | | | |
|---|---|---|---|---|
| | | | | Atlanta, GA 30353-0905 |
| 14270768 | | Email/Text: bnc-quantum@quantum3group.com | | |
| | | | Feb 03 2021 03:03:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14308002 | | Email/Text: bnc-quantum@quantum3group.com | | |
| | | | Feb 03 2021 03:03:00 | Quantum3 Group LLC as agent for, Connexus Credit Union, PO Box 788, Kirkland, WA 98083-0788 |
| 14255874 | | Email/Text: bnc-quantum@quantum3group.com | | |
| | | | Feb 03 2021 03:03:00 | Quantum3 Group LLC as agent for, Sterling Jewelers Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 14269417 | | Email/Text: bnc-quantum@quantum3group.com | | |
| | | | Feb 03 2021 03:03:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14953464 | + | Email/Text: bncmail@w-legal.com | | |
| | | | Feb 03 2021 03:04:00 | SYNCHRONY BANK, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |
| 14252139 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | | Feb 03 2021 03:26:50 | Sears/CBSD, P.O. Box 6275, Sioux Falls, SD 57117-6275 |
| 14252140 | | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | Feb 03 2021 03:26:29 | Synchrony Bank/Lowes, P.O. Box 530914, Atlanta, GA 30353-0914 |
| 14252141 | | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | Feb 03 2021 03:26:29 | Synchrony Bank/Sams Club, P.O. Box 960061, Orlando, FL 32896-0061 |
| 14252143 | + | Email/Text: BankruptcyNotice@upmc.edu | | |
| | | | Feb 03 2021 03:04:00 | UPMC Community Medicine, Inc., 2 Hotmetal Street, Quantum Building One, Customer Service, 2nd Floor, Pittsburgh, PA 15203-2348 |
| 14315594 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | | |
| | | | Feb 03 2021 03:24:45 | WORLD'S FOREMOST BANK, CABELA'S CLUB VISA, PO BOX 82609, LINCOLN, NE 68501-2609 |

TOTAL: 40

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | FREEDOM MORTGAGE CORPORATION |
| cr | | Flagstar Bank, FSB |
| cr | | Pingora Loan Servicing, LLC |
| cr | * | PERITUS PORTFOLIO SERVICES II, LLC, PO BOX 141419, IRVING, TX 75014-1419 |
| 14252131 | *+ | Internal Revenue Service, Insolvency Operation, Room 711B, 1000 Liberty Avenue, Pittsburgh, PA 15222-4107 |

TOTAL: 3 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 04, 2021          Signature:    /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 2, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brett A. Solomon | on behalf of Creditor Ally Bank brett.solomon@solomon-legal.com |
| Brian Nicholas | on behalf of Creditor Pingora Loan Servicing  LLC bnicholas@kmllawgroup.com |
| Chrisovalanate P. Fliakos | on behalf of Creditor Pingora Loan Servicing  LLC pawb@fedphe.com |
| Dai Rosenblum | on behalf of Debtor Donald L Yoho Jody@dairosenblumbankruptcy.com Dai@dairosenblumbankruptcy.com;Michael@dairosenblumbankruptcy.com |
| Dai Rosenblum | on behalf of Joint Debtor Roxanne L Yoho Jody@dairosenblumbankruptcy.com Dai@dairosenblumbankruptcy.com;Michael@dairosenblumbankruptcy.com |
| James A. Prostko | on behalf of Creditor Pingora Loan Servicing  LLC pawb@fedphe.com |
| Jerome B. Blank | on behalf of Creditor Flagstar Bank  FSB pawb@fedphe.com |
| Jerome B. Blank | on behalf of Creditor Pingora Loan Servicing  LLC pawb@fedphe.com |
| Mario J. Hanyon | on behalf of Creditor Pingora Loan Servicing  LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Mario J. Hanyon | on behalf of Creditor FREEDOM MORTGAGE CORPORATION wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Thomas Song | on behalf of Creditor Pingora Loan Servicing  LLC pawb@fedphe.com |

TOTAL: 13