# IN THE UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>DONALD L. YOHO, and<br>ROXANNE L. YOHO,<br>    Debtor(s).<br><br>RONDA J. WINNECOUR, TRUSTEE,<br>DONALD L. YOHO, and<br>ROXANNE L. YOHO,<br>    Movant(s),<br><br>    v.<br><br>NO RESPONDENT. | Case No: 16-22380-JAD<br><br>Chapter 13<br><br>Related to Document No.: 141 |

### CERTIFICATE OF SERVICE OF ORDER CONFIRMING CHAPTER 13 PLAN

I, Dai Rosenblum, Esquire, certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses on specified below, on February 11, 2021. The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was partly by first class United States mail and partly by electronic notification.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

***Service by First-Class Mail:***

Donald L. Yoho
Roxanne L. Yoho
257 Euclid Rd
Butler, PA 16001

Ally
PO Box 380901
Minneapolis, MN 55438

Ally Bank
PO Box 130424
Roseville MN 55113-0004

Ann Taylor/The Loft
P.O. Box 65969
San Antonio, TX 78266-9569

Bank of America
P.O. Box 982284
El Paso, TX 79998-2284

Bank of America, N.A.
P O Box 982284
El Paso, TX 79998-2238

Barclays Bank Card
P.O. Box 8802
Wilmington, DE 19899-8802

Boscovs/Comenity Capital Bank
P.O. Box 659622
San Antonio, TX 78265-9622

Cabelas Club Visa
P.O. Box 82519
Lincoln, NE 68501-2519

Capital One NA
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

Cenlar
PO Box 77404
Trenton, NJ 08628

Chase
P.O. Box 15153
Wilmington, DE 19886-5153

Chase
P.O. Box 15298
Wilmington, DE 19850-5298

Chase Zappo Visa
P.O. Box 94014
Palatine, IL 60094-4014

Citibank Simplicity
P.O. Box 9001037
Louisville, KY 40290-1037

Citibank/Citigroup
Bankruptcy Dept.
P.O. Box 6034
Sioux Falls, SD 57117

Citibank/Diamond Preferred Card
100 Citibank Drive
San Antonio, TX 78245

COMENITY CAPITAL BANK
C O WEINSTEIN & RILEY, PS
2001 WESTERN AVENUE, STE 400
SEATTLE, WA 98121

Convergent
121 NE Jefferson St.
Ste. 100
Peoria, IL 61602

Credit Management Company
2121 Noblestown Road
Pittsburgh, PA 15242-0346

Discover
P.O. Box 15316
Wilmington, DE 19850-5316

Discover Bank
Discover Products Inc
PO Box 3025
New Albany, OH 43054-3025

Discover/Tractor Supply Co.
P.O. Box 15316
Wilmington, DE 19850-5316

Dress Barn
P.O. Box 659704
San Antonio, TX 78265-9704

First National Bank
4140 E. State Street
Hermitage, PA 16148

Flagstar Bank, FSB
P.O. Box 660263
Dallas, TX 75266-0263

Freedom Chase Visa
P.O. Box 94014
Palatine, IL 60094-4014

Harley Davidson Financial Services
Dept 15129
5505 N. Cumberland Ave Ste 307
Chicago, IL 60656-1471

Harley-Davidson Credit Corp.
P.O. Box 9013
Addison, Texas 75001

Home Depot/Citibank
P.O. Box 790328
Saint Louis, MO 63179

Huntington National Bank
P.O. Box 182519
Columbus, OH 43218-2519

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
Insolvency Operation
Room 711B
1000 Liberty Avenue
Pittsburgh, PA 15222

Kay Jewelers
P.O. Box 740425
Cincinnati, OH 45274-0425

Kohls
P.O. Box 3043
Milwaukee, WI 53201-3043

LVNV Funding, LLC its successors and assigns as
assignee of Citibank, N.A.
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

MIDLAND FUNDING LLC
PO Box 2011
Warren, MI 48090

Navient
P.O. Box 9500
Wilkes Barre, PA 18773-9500

Navient Solutions, Inc. on behalf of
Educational Credit Management Corporatio
PO BOX 16408
St. Paul, MN 55116-0408

PayPal Credit
P.O. Box 105658
Atlanta, GA 30348-5655

PERITUS PORTFOLIO SERVICES II, LLC
PO BOX 141419
Irving, Tx 75014-1419

Pier One Imports/Comenity Bank
P.O. Box 182273
Columbus, OH 43218-2273

PINGORA LOAN SERVICING, LLC
CENLAR FEDERAL SAVINGS BANK
425 PHILLIPS BLVD.
EWING, NJ, 08618

Portfolio Recovery Associates, LLC
POB 12914
Norfolk VA 23541

QCard
P.O. Box 965017
Orlando, FL 32896-5017

QCard/Synchrony Bank
P.O. Box 530905
Atlanta, GA 30353-0905

Quantum3 Group LLC as agent for
Connexus Credit Union
PO Box 788
Kirkland, WA 98083-0788

Quantum3 Group LLC as agent for
Comenity Bank
PO Box 788
Kirkland, WA 98083-0788

Quantum3 Group LLC as agent for
Comenity Capital Bank
PO Box 788
Kirkland, WA 98083-0788

Quantum3 Group LLC as agent for
Sterling Jewelers Inc
PO Box 788
Kirkland, WA 98083-0788

Sears/CBSD
P.O. Box 6275
Sioux Falls, SD 57117

SYNCHRONY BANK
c/o Weinstein & Riley, P.S.
2001 Western Ave, Ste 400
Seattle, WA 98121

Synchrony Bank/Lowes
P.O. Box 530914
Atlanta, GA 30353-0914

Synchrony Bank/Sams Club
P.O. Box 960061
Orlando, FL 32896-0061

Tractor Supply Company
Attn: Customer Solutions Center
5041 Virginia Way
Brentwood, TN 37027

Univ of Pittsburgh Physicians
6681 Country Club Drive
Golden Valley MN 55427

Upmc Community Medicine
6681 Country Club Drive
Golden Valley MN 55427

UPMC Community Medicine, Inc.
2 Hotmetal Street
Quantum Building One
Customer Service, 2nd Floor
Pittsburgh, PA 15203

WORLD'S FOREMOST BANK
CABELA'S CLUB VISA
PO BOX 82609
LINCOLN, NE 68501-2609

*Service by Electronic Notification (via Notice of Electronic Filing, and via direct e-mail if indicated):*

**Ronda J. Winnecour**
Not served directly per Trustee's request, NEF only

**Office of the United States Trustee**
ustpregion03.pi.ecf@usdoj.gov

**Brett A. Solomon**
**Ally Bank**
bsolomon@tuckerlaw.com

**Jerome B. Blank**
**Flagstar Bank, FSB**
pawb@fedphe.com

**Brian Nicholas**
**Pingora Loan Servicing, LLC**
bnicholas@kmllawgroup.com

**Mario J. Hanyon**
**Freedom Mortgage Corporation**
**Pingora Loan Servicing, LLC**
wbecf@brockandscott.com

**Jerome B. Blank**
**Chrisovalanate P. Fliakos**
**James A. Prostko**
**Thomas Song**
**Pingora Loan Servicing, LLC**
pawb@fedphe.com


Executed on: February 11, 2021

\_\_/s/\_Dai\_Rosenblum,\_Esq.\_\_\_
Dai Rosenblum, Esquire
Suite B, 254 New Castle Road
Butler, PA 16001-2529
724-283-2900     Pa. ID# 31802
dai@dairosenblumbankruptcy.com