**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

FILED
6/24/21 10:29 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

In re: )
)
DONALD L. YOHO and ) Case No: 16-22380-JAD
ROXANNE L.YOHO, )
    Debtors. ) Chapter 13
)
DONALD L. YOHO and ) Relates to Doc. # 141
ROXANNE L.YOHO, )
    Movants, ) Hearing Date: 06/23/2021
)
v. ) Hearing Time: 10:00
)
RONDA J. WINNECOUR, Trustee, ) Response Deadline: 06/14/2021
    Respondent. )

Doc. # 149 and 152

## ORDER OF COURT

**And Now,** the __24th__ day of __June_____, 2021, after careful consideration of the Debtor's Motion for Hardship Discharge, **It Is Hereby Ordered and Decreed** that:

1. The Debtors' Motion for the Grant of a Hardship Discharge is granted.

2. All wage attachment Orders are terminated immediately.

3. The Clerk shall issue an order to establish a deadline for the filing of objection(s) to discharge.

_____ jsf
Jeffery A. Deller, Judge
United States Bankruptcy Court

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 16-22380-JAD
Donald L Yoho     Chapter 13
Roxanne L Yoho
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2    User: dpas    Page 1 of 4
Date Rcvd: Jun 24, 2021    Form ID: pdf900    Total Noticed: 61

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 26, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Donald L Yoho, Roxanne L Yoho, 257 Euclid Rd, Butler, PA 16001-8065 |
| cr | + | Ally Bank, Tucker Arensberg, P.C., c/o Brett A. Solomon, Esquire, 1500 One PPG Place, Pittsburgh, Pa 15222-5413 |
| 14252108 | | Ann Taylor/The Loft, P.O. Box 65969, San Antonio, TX 78266-9569 |
| 14252109 | | Bank of America, P.O. Box 982284, El Paso, TX 79998-2284 |
| 14315092 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14252110 | | Barclays Bank Card, P.O. Box 8802, Wilmington, DE 19899-8802 |
| 14295269 | | Capital One NA, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14252113 | + | Cenlar, PO Box 77404, Trenton, NJ 08628-6404 |
| 14252120 | + | Convergent, 121 NE Jefferson St., Ste. 100, Peoria, IL 61602-1229 |
| 14252123 | | Discover/Tractor Supply Co., P.O. Box 15316, Wilmington, DE 19850-5316 |
| 14252125 | + | First National Bank, 4140 E. State Street, Hermitage, PA 16148-3401 |
| 14992485 | | Flagstar Bank, FSB, P.O. Box 660263, Dallas, TX 75266-0263 |
| 15341848 | | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 14252127 | + | Harley Davidson Financial Services, Dept 15129, 5505 N. Cumberland Ave Ste 307, Chicago, IL 60656-4761 |
| 14270345 | + | Harley-Davidson Credit Corp., P.O. Box 9013, Addison, Texas 75001-9013 |
| 14264925 | | Navient Solutions, Inc. on behalf of, Educational Credit Management Corporatio, PO BOX 16408, St. Paul, MN 55116-0408 |
| 14317146 | + | PINGORA LOAN SERVICING, LLC, CENLAR FEDERAL SAVINGS BANK, 425 PHILLIPS BLVD., EWING, NJ 08618-1430 |
| 14252142 | | Tractor Supply Company, Attn: Customer Solutions Center, 5041 Virginia Way, Brentwood, TN 37027 |
| 14289869 | + | Univ of Pittsburgh Physicians, 6681 Country Club DRive, Golden Valley MN 55427-4601 |
| 14289904 | + | Upmc Community Medicine, 6681 Country Club Drive, Golden Valley MN 55427-4601 |

TOTAL: 20

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: bncmail@w-legal.com | Jun 24 2021 23:37:07 | Synchrony Bank, c/o Weinstein & Riley, P.S., 2001 Western Ave., Suite #400, Seattle, WA 98121-3132 |
| 14252107 | + | Email/Text: ally@ebn.phinsolutions.com | Jun 24 2021 23:36:00 | Ally, PO Box 380901, Minneapolis, MN 55438-0901 |
| 14260794 | | Email/Text: ally@ebn.phinsolutions.com | Jun 24 2021 23:36:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 14252111 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 24 2021 23:36:00 | Boscovs/Comenity Capital Bank, P.O. Box 659622, San Antonio, TX 78265-9622 |
| 14295529 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 24 2021 23:36:06 | COMENITY CAPITAL BANK, C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14252112 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jun 24 2021 23:50:13 | Cabelas Club Visa, P.O. Box 82519, Lincoln, NE 68501-2519 |
| 14252117 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 24 2021 23:49:37 | Citibank Simplicity, P.O. Box 9001037, Louisville, KY 40290-1037 |
| 14252118 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 24 2021 23:50:00 | Citibank/Citigroup, Bankruptcy Dept., P.O. Box |

Case 16-22380-JAD   Doc 159   Filed 06/26/21   Entered 06/27/21 00:27:06   Desc
Imaged Certificate of Notice   Page 3 of 5

| District/off: 0315-2 | User: dpas | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jun 24, 2021 | Form ID: pdf900 | Total Noticed: 61 |

| Recip ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | 6034, Sioux Falls, SD 57117-6034 |
| 14252119 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 24 2021 23:50:00 | Citibank/Diamond Preferred Card, 100 Citibank Drive, San Antonio, TX 78245-3202 |
| 14252121 | + | Email/Text: bdsupport@creditmanagementcompany.com | Jun 24 2021 23:37:00 | Credit Management Company, 2121 Noblestown Road, Pittsburgh, PA 15205-3956 |
| 14252122 | | Email/Text: mrdiscen@discover.com | Jun 24 2021 23:36:00 | Discover, P.O. Box 15316, Wilmington, DE 19850-5316 |
| 14255894 | | Email/Text: mrdiscen@discover.com | Jun 24 2021 23:36:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14252124 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 24 2021 23:36:00 | Dress Barn, P.O. Box 659704, San Antonio, TX 78265-9704 |
| 14252128 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 24 2021 23:49:37 | Home Depot/Citibank, P.O. Box 790328, Saint Louis, MO 63179-0328 |
| 14252129 | | Email/Text: bankruptcy@huntington.com | Jun 24 2021 23:37:00 | Huntington National Bank, P.O. Box 182519, Columbus, OH 43218-2519 |
| 14252130 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 24 2021 23:36:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14252114 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Jun 24 2021 23:50:12 | Chase, P.O. Box 15153, Wilmington, DE 19886-5153 |
| 14252115 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Jun 24 2021 23:49:30 | Chase, P.O. Box 15298, Wilmington, DE 19850-5298 |
| 14252116 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Jun 24 2021 23:49:30 | Chase Zappo Visa, P.O. Box 94014, Palatine, IL 60094-4014 |
| 14252126 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Jun 24 2021 23:49:52 | Freedom Chase Visa, P.O. Box 94014, Palatine, IL 60094-4014 |
| 14252132 | | Email/Text: BKRMailOPS@weltman.com | Jun 24 2021 23:36:00 | Kay Jewelers, P.O. Box 740425, Cincinnati, OH 45274-0425 |
| 14252133 | | Email/Text: PBNCNotifications@peritusservices.com | Jun 24 2021 23:36:00 | Kohls, P.O. Box 3043, Milwaukee, WI 53201-3043 |
| 14278268 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 24 2021 23:49:33 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14296174 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 24 2021 23:37:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14252134 | | Email/PDF: pa_dc_claims@navient.com | Jun 24 2021 23:49:32 | Navient, P.O. Box 9500, Wilkes Barre, PA 18773-9500 |
| 14381562 | | Email/Text: peritus@ebn.phinsolutions.com | Jun 24 2021 23:37:00 | PERITUS PORTFOLIO SERVICES II, LLC, PO BOX 141419, Irving, Tx 75014-1419 |
| 14318598 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 24 2021 23:49:53 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14252135 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 24 2021 23:49:51 | PayPal Credit, P.O. Box 105658, Atlanta, GA 30348-5658 |
| 14252136 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 24 2021 23:36:00 | Pier One Imports/Comenity Bank, P.O. Box 182273, Columbus, OH 43218-2273 |
| 14252137 | | Email/PDF: gecsedi@recoverycorp.com | Jun 24 2021 23:49:51 | QCard, P.O. Box 965017, Orlando, FL 32896-5017 |
| 14252138 | | Email/PDF: gecsedi@recoverycorp.com | Jun 24 2021 23:50:12 | QCard/Synchrony Bank, P.O. Box 530905, Atlanta, GA 30353-0905 |
| 14270768 | | Email/Text: bnc-quantum@quantum3group.com | Jun 24 2021 23:36:00 | Quantum3 Group LLC as agent for, Comenity |

Case 16-22380-JAD   Doc 159   Filed 06/26/21   Entered 06/27/21 00:27:06   Desc
Imaged Certificate of Notice   Page 4 of 5

| District/off: 0315-2 | User: dpas | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jun 24, 2021 | Form ID: pdf900 | Total Noticed: 61 |

| Recip ID | | Notice Method | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| | | | | Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14308002 | | Email/Text: bnc-quantum@quantum3group.com | Jun 24 2021 23:36:00 | Quantum3 Group LLC as agent for, Connexus Credit Union, PO Box 788, Kirkland, WA 98083-0788 |
| 14255874 | | Email/Text: bnc-quantum@quantum3group.com | Jun 24 2021 23:37:00 | Quantum3 Group LLC as agent for, Sterling Jewelers Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 14269417 | | Email/Text: bnc-quantum@quantum3group.com | Jun 24 2021 23:36:06 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14953464 | + | Email/Text: bncmail@w-legal.com | Jun 24 2021 23:37:07 | SYNCHRONY BANK, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |
| 14252139 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 24 2021 23:49:59 | Sears/CBSD, P.O. Box 6275, Sioux Falls, SD 57117-6275 |
| 14252140 | | Email/PDF: gecsedi@recoverycorp.com | Jun 24 2021 23:49:51 | Synchrony Bank/Lowes, P.O. Box 530914, Atlanta, GA 30353-0914 |
| 14252141 | | Email/PDF: gecsedi@recoverycorp.com | Jun 24 2021 23:49:51 | Synchrony Bank/Sams Club, P.O. Box 960061, Orlando, FL 32896-0061 |
| 14252143 | + | Email/Text: BankruptcyNotice@upmc.edu | Jun 24 2021 23:37:00 | UPMC Community Medicine, Inc., 2 Hotmetal Street, Quantum Building One, Customer Service, 2nd Floor, Pittsburgh, PA 15203-2348 |
| 14315594 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jun 24 2021 23:49:52 | WORLD'S FOREMOST BANK, CABELA'S CLUB VISA, PO BOX 82609, LINCOLN, NE 68501-2609 |

TOTAL: 41

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | FREEDOM MORTGAGE CORPORATION |
| cr | | Flagstar Bank, FSB |
| cr | | Pingora Loan Servicing, LLC |
| cr | * | PERITUS PORTFOLIO SERVICES II, LLC, PO BOX 141419, IRVING, TX 75014-1419 |
| 14252131 | *+ | Internal Revenue Service, Insolvency Operation, Room 711B, 1000 Liberty Avenue, Pittsburgh, PA 15222-4107 |

TOTAL: 3 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 26, 2021          Signature:          /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 24, 2021 at the address(es) listed below:**

District/off: 0315-2 User: dpas Page 4 of 4
Date Rcvd: Jun 24, 2021 Form ID: pdf900 Total Noticed: 61

| Name | Email Address |
|---|---|
| Brett A. Solomon | on behalf of Creditor Ally Bank brett.solomon@solomon-legal.com |
| Brian Nicholas | on behalf of Creditor Pingora Loan Servicing  LLC bnicholas@kmllawgroup.com |
| Chrisovalanate P. Fliakos | on behalf of Creditor Pingora Loan Servicing  LLC pawb@fedphe.com |
| Dai Rosenblum | on behalf of Debtor Donald L Yoho Jody@dairosenblumbankruptcy.com Dai@dairosenblumbankruptcy.com;Michael@dairosenblumbankruptcy.com |
| Dai Rosenblum | on behalf of Joint Debtor Roxanne L Yoho Jody@dairosenblumbankruptcy.com Dai@dairosenblumbankruptcy.com;Michael@dairosenblumbankruptcy.com |
| James A. Prostko | on behalf of Creditor Pingora Loan Servicing  LLC jprostko@c-vlaw.com, jamesprostko@gmail.com |
| Jerome B. Blank | on behalf of Creditor Flagstar Bank  FSB pawb@fedphe.com |
| Jerome B. Blank | on behalf of Creditor Pingora Loan Servicing  LLC pawb@fedphe.com |
| Mario J. Hanyon | on behalf of Creditor Pingora Loan Servicing  LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Mario J. Hanyon | on behalf of Creditor FREEDOM MORTGAGE CORPORATION wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Thomas Song | on behalf of Creditor Pingora Loan Servicing  LLC pawb@fedphe.com |

TOTAL: 13