IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

**DEFAULT O/E JAD**

IN RE:
DONALD L YOHO
ROXANNE L YOHO
   Debtor(s)

Ronda J. Winnecour
   Movant
   vs.
No Repondents.

Case No.:16-22380 JAD
Chapter 13

Document # 162

ORDER OF COURT

AND NOW, this 25th day of August, 2021, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor under 1328(b) and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED**, **ADJUDGED** and **DECREED**, as follows:

(1) Property of the estate revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate are hereby terminated.

(2) Each and every creditor is bound by the provision of the plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or had rejected the plan.

(3) To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employers.

(4) After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

FILED
8/25/21 3:12 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BY THE COURT:

jsf
U.S. BANKRUPTCY JUDGE
Jeffery A. Deller