**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Donald L Yoho** | Social Security number or ITIN  xxx–xx–4835 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Roxanne L Yoho** | Social Security number or ITIN  xxx–xx–9824 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court  **WESTERN DISTRICT OF PENNSYLVANIA**

Case number:  **16–22380–JAD**

# Order of Discharge  12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(b) is granted to:

Donald L Yoho                            Roxanne L Yoho

<u>8/25/21</u>                                **By the court:** <u>Jeffery A. Deller</u>
                                          United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge Before Completion of a Chapter 13 Plan**

The court has determined that the debtors are entitled to a discharge pursuant to 11 U.S.C. § 1328(b) without completing all of the requirements under the chapter 13 plan. A discharge pursuant to § 1328(b) is referred to as a "hardship discharge."

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

**For more information, see page 2 >**

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 hardship discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-22380-JAD |
| Donald L Yoho | Chapter 13 |
| Roxanne L Yoho | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: dpas | Page 1 of 4 |
| Date Rcvd: Aug 25, 2021 | Form ID: 3180WH | Total Noticed: 63 |

The following symbols are used throughout this certificate:
**Symbol**   **Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 27, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Donald L Yoho, Roxanne L Yoho, 257 Euclid Rd, Butler, PA 16001-8065 |
| cr | + | Ally Bank, Tucker Arensberg, P.C., c/o Brett A. Solomon, Esquire, 1500 One PPG Place, Pittsburgh, Pa 15222-5413 |
| 14252108 | | Ann Taylor/The Loft, P.O. Box 65969, San Antonio, TX 78266-9569 |
| 14252109 | | Bank of America, P.O. Box 982284, El Paso, TX 79998-2284 |
| 14315092 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14252113 | + | Cenlar, PO Box 77404, Trenton, NJ 08628-6404 |
| 14252120 | + | Convergent, 121 NE Jefferson St., Ste. 100, Peoria, IL 61602-1229 |
| 14252123 | | Discover/Tractor Supply Co., P.O. Box 15316, Wilmington, DE 19850-5316 |
| 14252125 | + | First National Bank, 4140 E. State Street, Hermitage, PA 16148-3401 |
| 14992485 | | Flagstar Bank, FSB, P.O. Box 660263, Dallas, TX 75266-0263 |
| 15341848 | | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 14252127 | + | Harley Davidson Financial Services, Dept 15129, 5505 N. Cumberland Ave Ste 307, Chicago, IL 60656-4761 |
| 14270345 | + | Harley-Davidson Credit Corp., P.O. Box 9013, Addison, Texas 75001-9013 |
| 14264925 | | Navient Solutions, Inc. on behalf of, Educational Credit Management Corporatio, PO BOX 16408, St. Paul, MN 55116-0408 |
| 14317146 | + | PINGORA LOAN SERVICING, LLC, CENLAR FEDERAL SAVINGS BANK, 425 PHILLIPS BLVD., EWING, NJ 08618-1430 |
| 14252142 | | Tractor Supply Company, Attn: Customer Solutions Center, 5041 Virginia Way, Brentwood, TN 37027 |
| 14289869 | + | Univ of Pittsburgh Physicians, 6681 Country Club DRive, Golden Valley MN 55427-4601 |
| 14289904 | + | Upmc Community Medicine, 6681 Country Club Drive, Golden Valley MN 55427-4601 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Aug 26 2021 03:33:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 25 2021 23:23:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Aug 26 2021 03:33:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 25 2021 23:23:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: bncmail@w-legal.com | Aug 25 2021 23:23:00 | Synchrony Bank, c/o Weinstein & Riley, P.S., 2001 Western Ave., Suite #400, Seattle, WA 98121-3132 |
| 14252107 | + | EDI: GMACFS.COM | Aug 26 2021 03:33:00 | Ally, PO Box 380901, Minneapolis, MN 55438-0901 |
| 14260794 | | EDI: GMACFS.COM | Aug 26 2021 03:33:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |

Case 16-22380-JAD   Doc 173   Filed 08/27/21   Entered 08/28/21 00:31:34   Desc
Imaged Certificate of Notice   Page 4 of 6

| District/off: 0315-2 | User: dpas | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Aug 25, 2021 | Form ID: 3180WH | Total Noticed: 63 |

| | | | | |
|---|---|---|---|---|
| 14252110 | | EDI: TSYS2.COM | Aug 26 2021 03:33:00 | Barclays Bank Card, P.O. Box 8802, Wilmington, DE 19899-8802 |
| 14252111 | | EDI: WFNNB.COM | Aug 26 2021 03:33:00 | Boscovs/Comenity Capital Bank, P.O. Box 659622, San Antonio, TX 78265-9622 |
| 14295529 | + | EDI: WFNNB.COM | Aug 26 2021 03:33:00 | COMENITY CAPITAL BANK, C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14252112 | | EDI: CAPITALONE.COM | Aug 26 2021 03:33:00 | Cabelas Club Visa, P.O. Box 82519, Lincoln, NE 68501-2519 |
| 14295269 | | EDI: BL-BECKET.COM | Aug 26 2021 03:33:00 | Capital One NA, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14252117 | | EDI: CITICORP.COM | Aug 26 2021 03:33:00 | Citibank Simplicity, P.O. Box 9001037, Louisville, KY 40290-1037 |
| 14252118 | + | EDI: CITICORP.COM | Aug 26 2021 03:33:00 | Citibank/Citigroup, Bankruptcy Dept., P.O. Box 6034, Sioux Falls, SD 57117-6034 |
| 14252119 | + | EDI: CITICORP.COM | Aug 26 2021 03:33:00 | Citibank/Diamond Preferred Card, 100 Citibank Drive, San Antonio, TX 78245-3202 |
| 14252121 | + | Email/Text: bdsupport@creditmanagementcompany.com | Aug 25 2021 23:23:00 | Credit Management Company, 2121 Noblestown Road, Pittsburgh, PA 15205-3956 |
| 14252122 | | EDI: DISCOVER.COM | Aug 26 2021 03:33:00 | Discover, P.O. Box 15316, Wilmington, DE 19850-5316 |
| 14255894 | | EDI: DISCOVER.COM | Aug 26 2021 03:33:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14252124 | | EDI: WFNNB.COM | Aug 26 2021 03:33:00 | Dress Barn, P.O. Box 659704, San Antonio, TX 78265-9704 |
| 14252128 | + | EDI: CITICORP.COM | Aug 26 2021 03:33:00 | Home Depot/Citibank, P.O. Box 790328, Saint Louis, MO 63179-0328 |
| 14252129 | | Email/Text: bankruptcy@huntington.com | Aug 25 2021 23:23:00 | Huntington National Bank, P.O. Box 182519, Columbus, OH 43218-2519 |
| 14252130 | | EDI: IRS.COM | Aug 26 2021 03:33:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14252114 | | EDI: JPMORGANCHASE | Aug 26 2021 03:33:00 | Chase, P.O. Box 15153, Wilmington, DE 19886-5153 |
| 14252115 | | EDI: JPMORGANCHASE | Aug 26 2021 03:33:00 | Chase, P.O. Box 15298, Wilmington, DE 19850-5298 |
| 14252116 | | EDI: JPMORGANCHASE | Aug 26 2021 03:33:00 | Chase Zappo Visa, P.O. Box 94014, Palatine, IL 60094-4014 |
| 14252126 | | EDI: JPMORGANCHASE | Aug 26 2021 03:33:00 | Freedom Chase Visa, P.O. Box 94014, Palatine, IL 60094-4014 |
| 14252132 | | Email/Text: BKRMailOPS@weltman.com | Aug 25 2021 23:22:00 | Kay Jewelers, P.O. Box 740425, Cincinnati, OH 45274-0425 |
| 14252133 | | Email/Text: PBNCNotifications@peritusservices.com | Aug 25 2021 23:22:00 | Kohls, P.O. Box 3043, Milwaukee, WI 53201-3043 |
| 14278268 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 25 2021 23:23:30 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14296174 | + | EDI: MID8.COM | Aug 26 2021 03:33:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14252134 | | EDI: NAVIENTFKASMSERV.COM | Aug 26 2021 03:33:00 | Navient, P.O. Box 9500, Wilkes Barre, PA 18773-9500 |

Case 16-22380-JAD    Doc 173    Filed 08/27/21    Entered 08/28/21 00:31:34    Desc
Imaged Certificate of Notice    Page 5 of 6

| District/off: 0315-2 | User: dpas | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Aug 25, 2021 | Form ID: 3180WH | Total Noticed: 63 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14381562 | | Email/Text: peritus@ebn.phinsolutions.com | Aug 25 2021 23:23:00 | PERITUS PORTFOLIO SERVICES II, LLC, PO BOX 141419, Irving, Tx 75014-1419 |
| 14318598 | | EDI: PRA.COM | Aug 26 2021 03:33:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14252135 | + | EDI: RMSC.COM | Aug 26 2021 03:33:00 | PayPal Credit, P.O. Box 105658, Atlanta, GA 30348-5658 |
| 14252136 | | EDI: WFNNB.COM | Aug 26 2021 03:33:00 | Pier One Imports/Comenity Bank, P.O. Box 182273, Columbus, OH 43218-2273 |
| 14252137 | | EDI: RMSC.COM | Aug 26 2021 03:33:00 | QCard, P.O. Box 965017, Orlando, FL 32896-5017 |
| 14252138 | | EDI: RMSC.COM | Aug 26 2021 03:33:00 | QCard/Synchrony Bank, P.O. Box 530905, Atlanta, GA 30353-0905 |
| 14270768 | | EDI: Q3G.COM | Aug 26 2021 03:33:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14308002 | | EDI: Q3G.COM | Aug 26 2021 03:33:00 | Quantum3 Group LLC as agent for, Connexus Credit Union, PO Box 788, Kirkland, WA 98083-0788 |
| 14255874 | | EDI: Q3G.COM | Aug 26 2021 03:33:00 | Quantum3 Group LLC as agent for, Sterling Jewelers Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 14269417 | | EDI: Q3G.COM | Aug 26 2021 03:33:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14953464 | + | Email/Text: bncmail@w-legal.com | Aug 25 2021 23:23:00 | SYNCHRONY BANK, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |
| 14252139 | + | EDI: CITICORP.COM | Aug 26 2021 03:33:00 | Sears/CBSD, P.O. Box 6275, Sioux Falls, SD 57117-6275 |
| 14252140 | | EDI: RMSC.COM | Aug 26 2021 03:33:00 | Synchrony Bank/Lowes, P.O. Box 530914, Atlanta, GA 30353-0914 |
| 14252141 | | EDI: RMSC.COM | Aug 26 2021 03:33:00 | Synchrony Bank/Sams Club, P.O. Box 960061, Orlando, FL 32896-0061 |
| 14252143 | + | Email/Text: BankruptcyNotice@upmc.edu | Aug 25 2021 23:23:00 | UPMC Community Medicine, Inc., 2 Hotmetal Street, Quantum Building One, Customer Service, 2nd Floor, Pittsburgh, PA 15203-2348 |
| 14315594 | | EDI: CAPITALONE.COM | Aug 26 2021 03:33:00 | WORLD'S FOREMOST BANK, CABELA'S CLUB VISA, PO BOX 82609, LINCOLN, NE 68501-2609 |

TOTAL: 47

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | FREEDOM MORTGAGE CORPORATION |
| cr | | Flagstar Bank, FSB |
| cr | | Pingora Loan Servicing, LLC |
| cr | * | PERITUS PORTFOLIO SERVICES II, LLC, PO BOX 141419, IRVING, TX 75014-1419 |
| 14252131 | *+ | Internal Revenue Service, Insolvency Operation, Room 711B, 1000 Liberty Avenue, Pittsburgh, PA 15222-4107 |

TOTAL: 3 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

Case 16-22380-JAD    Doc 173    Filed 08/27/21    Entered 08/28/21 00:31:34    Desc
Imaged Certificate of Notice    Page 6 of 6

| District/off: 0315-2 | User: dpas | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Aug 25, 2021 | Form ID: 3180WH | Total Noticed: 63 |

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 27, 2021        Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 25, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brett A. Solomon | on behalf of Creditor Ally Bank brett@solomon-legal.com |
| Brian Nicholas | on behalf of Creditor Pingora Loan Servicing LLC bnicholas@kmllawgroup.com |
| Chrisovalanate P. Fliakos | on behalf of Creditor Pingora Loan Servicing LLC pawb@fedphe.com |
| Dai Rosenblum | on behalf of Debtor Donald L Yoho Jody@dairosenblumbankruptcy.com Dai@dairosenblumbankruptcy.com;Michael@dairosenblumbankruptcy.com |
| Dai Rosenblum | on behalf of Joint Debtor Roxanne L Yoho Jody@dairosenblumbankruptcy.com Dai@dairosenblumbankruptcy.com;Michael@dairosenblumbankruptcy.com |
| James A. Prostko | on behalf of Creditor Pingora Loan Servicing LLC jprostko@c-vlaw.com, jamesprostko@gmail.com |
| Jerome B. Blank | on behalf of Creditor Flagstar Bank FSB pawb@fedphe.com |
| Jerome B. Blank | on behalf of Creditor Pingora Loan Servicing LLC pawb@fedphe.com |
| Mario J. Hanyon | on behalf of Creditor Pingora Loan Servicing LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Mario J. Hanyon | on behalf of Creditor FREEDOM MORTGAGE CORPORATION wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Thomas Song | on behalf of Creditor Pingora Loan Servicing LLC pawb@fedphe.com |

TOTAL: 13