IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
DONALD L. YOHO and : Bankruptcy No. 16-22380-JAD
ROXANNE L. YOHO, :
:
: Related to Doc. # 141, 157
:
:
Debtors. : Chapter 13
_____ X

# ORDER

AND NOW, this **25th** day of **August** 2021, IT APPEARS TO THE COURT that the deadline of August 23, 2021, for the filing of complaints objecting to dischargeability of debt has expired. After review of the docket, **IT FURTHER APPEARS** that no complaints have been filed as of this date.

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Debtors' *Motion For Hardship Discharge* pursuant to 11 U.S.C. § 1328(b) **IS HEREBY GRANTED.**

_____ jsf
**JEFFERY A. DELLER**
U.S. Bankruptcy Judge

**CASE ADMINISTRATOR SHALL SERVE:**
All Creditors and Parties in Interest

FILED
8/25/21 3:10 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-22380-JAD |
| Donald L Yoho | Chapter 13 |
| Roxanne L Yoho | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: dpas | Page 1 of 4 |
| Date Rcvd: Aug 25, 2021 | Form ID: pdf900 | Total Noticed: 61 |

The following symbols are used throughout this certificate:
**Symbol**  **Definition**

\+       Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 27, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Donald L Yoho, Roxanne L Yoho, 257 Euclid Rd, Butler, PA 16001-8065 |
| cr | + | Ally Bank, Tucker Arensberg, P.C., c/o Brett A. Solomon, Esquire, 1500 One PPG Place, Pittsburgh, Pa 15222-5413 |
| 14252108 | | Ann Taylor/The Loft, P.O. Box 65969, San Antonio, TX 78266-9569 |
| 14252109 | | Bank of America, P.O. Box 982284, El Paso, TX 79998-2284 |
| 14315092 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14252110 | | Barclays Bank Card, P.O. Box 8802, Wilmington, DE 19899-8802 |
| 14295269 | | Capital One NA, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14252113 | + | Cenlar, PO Box 77404, Trenton, NJ 08628-6404 |
| 14252120 | + | Convergent, 121 NE Jefferson St., Ste. 100, Peoria, IL 61602-1229 |
| 14252123 | | Discover/Tractor Supply Co., P.O. Box 15316, Wilmington, DE 19850-5316 |
| 14252125 | + | First National Bank, 4140 E. State Street, Hermitage, PA 16148-3401 |
| 14992485 | | Flagstar Bank, FSB, P.O. Box 660263, Dallas, TX 75266-0263 |
| 15341848 | | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 14252127 | + | Harley Davidson Financial Services, Dept 15129, 5505 N. Cumberland Ave Ste 307, Chicago, IL 60656-4761 |
| 14270345 | + | Harley-Davidson Credit Corp., P.O. Box 9013, Addison, Texas 75001-9013 |
| 14264925 | | Navient Solutions, Inc. on behalf of, Educational Credit Management Corporatio, PO BOX 16408, St. Paul, MN 55116-0408 |
| 14317146 | + | PINGORA LOAN SERVICING, LLC, CENLAR FEDERAL SAVINGS BANK, 425 PHILLIPS BLVD., EWING, NJ 08618-1430 |
| 14252142 | | Tractor Supply Company, Attn: Customer Solutions Center, 5041 Virginia Way, Brentwood, TN 37027 |
| 14289869 | + | Univ of Pittsburgh Physicians, 6681 Country Club DRive, Golden Valley MN 55427-4601 |
| 14289904 | + | Upmc Community Medicine, 6681 Country Club Drive, Golden Valley MN 55427-4601 |

TOTAL: 20

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: bncmail@w-legal.com | Aug 25 2021 23:23:00 | Synchrony Bank, c/o Weinstein & Riley, P.S., 2001 Western Ave., Suite #400, Seattle, WA 98121-3132 |
| 14252107 | + | Email/Text: ally@ebn.phinsolutions.com | Aug 25 2021 23:22:00 | Ally, PO Box 380901, Minneapolis, MN 55438-0901 |
| 14260794 | | Email/Text: ally@ebn.phinsolutions.com | Aug 25 2021 23:22:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 14252111 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 25 2021 23:22:00 | Boscovs/Comenity Capital Bank, P.O. Box 659622, San Antonio, TX 78265-9622 |
| 14295529 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 25 2021 23:22:25 | COMENITY CAPITAL BANK, C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14252112 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Aug 25 2021 23:23:38 | Cabelas Club Visa, P.O. Box 82519, Lincoln, NE 68501-2519 |
| 14252117 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 25 2021 23:23:51 | Citibank Simplicity, P.O. Box 9001037, Louisville, KY 40290-1037 |
| 14252118 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 25 2021 23:23:30 | Citibank/Citigroup, Bankruptcy Dept., P.O. Box |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | 6034, Sioux Falls, SD 57117-6034 |
| 14252119 | + | Email/PDF: Citi.BNC.Correspondence@citi.com<br>Aug 25 2021 23:23:30 | | Citibank/Diamond Preferred Card, 100 Citibank Drive, San Antonio, TX 78245-3202 |
| 14252121 | + | Email/Text: bdsupport@creditmanagementcompany.com<br>Aug 25 2021 23:23:00 | | Credit Management Company, 2121 Noblestown Road, Pittsburgh, PA 15205-3956 |
| 14252122 | | Email/Text: mrdiscen@discover.com<br>Aug 25 2021 23:22:00 | | Discover, P.O. Box 15316, Wilmington, DE 19850-5316 |
| 14255894 | | Email/Text: mrdiscen@discover.com<br>Aug 25 2021 23:22:00 | | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14252124 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM<br>Aug 25 2021 23:22:00 | | Dress Barn, P.O. Box 659704, San Antonio, TX 78265-9704 |
| 14252128 | + | Email/PDF: Citi.BNC.Correspondence@citi.com<br>Aug 25 2021 23:23:51 | | Home Depot/Citibank, P.O. Box 790328, Saint Louis, MO 63179-0328 |
| 14252129 | | Email/Text: bankruptcy@huntington.com<br>Aug 25 2021 23:23:00 | | Huntington National Bank, P.O. Box 182519, Columbus, OH 43218-2519 |
| 14252130 | | Email/Text: sbse.cio.bnc.mail@irs.gov<br>Aug 25 2021 23:22:00 | | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14252114 | | Email/PDF: ais.chase.ebn@americaninfosource.com<br>Aug 25 2021 23:23:38 | | Chase, P.O. Box 15153, Wilmington, DE 19886-5153 |
| 14252115 | | Email/PDF: ais.chase.ebn@americaninfosource.com<br>Aug 25 2021 23:23:28 | | Chase, P.O. Box 15298, Wilmington, DE 19850-5298 |
| 14252116 | | Email/PDF: ais.chase.ebn@americaninfosource.com<br>Aug 25 2021 23:23:38 | | Chase Zappo Visa, P.O. Box 94014, Palatine, IL 60094-4014 |
| 14252126 | | Email/PDF: ais.chase.ebn@americaninfosource.com<br>Aug 25 2021 23:23:49 | | Freedom Chase Visa, P.O. Box 94014, Palatine, IL 60094-4014 |
| 14252132 | | Email/Text: BKRMailOPS@weltman.com<br>Aug 25 2021 23:22:00 | | Kay Jewelers, P.O. Box 740425, Cincinnati, OH 45274-0425 |
| 14252133 | | Email/Text: PBNCNotifications@peritusservices.com<br>Aug 25 2021 23:22:00 | | Kohls, P.O. Box 3043, Milwaukee, WI 53201-3043 |
| 14278268 | | Email/PDF: resurgentbknotifications@resurgent.com<br>Aug 25 2021 23:23:39 | | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14296174 | + | Email/Text: bankruptcydpt@mcmcg.com<br>Aug 25 2021 23:23:00 | | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14252134 | | Email/PDF: pa_dc_claims@navient.com<br>Aug 25 2021 23:23:38 | | Navient, P.O. Box 9500, Wilkes Barre, PA 18773-9500 |
| 14381562 | | Email/Text: peritus@ebn.phinsolutions.com<br>Aug 25 2021 23:23:00 | | PERITUS PORTFOLIO SERVICES II, LLC, PO BOX 141419, Irving, Tx 75014-1419 |
| 14318598 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com<br>Aug 25 2021 23:23:38 | | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14252135 | + | Email/PDF: gecsedi@recoverycorp.com<br>Aug 25 2021 23:23:29 | | PayPal Credit, P.O. Box 105658, Atlanta, GA 30348-5658 |
| 14252136 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM<br>Aug 25 2021 23:22:00 | | Pier One Imports/Comenity Bank, P.O. Box 182273, Columbus, OH 43218-2273 |
| 14252137 | | Email/PDF: gecsedi@recoverycorp.com<br>Aug 25 2021 23:23:29 | | QCard, P.O. Box 965017, Orlando, FL 32896-5017 |
| 14252138 | | Email/PDF: gecsedi@recoverycorp.com<br>Aug 25 2021 23:23:29 | | QCard/Synchrony Bank, P.O. Box 530905, Atlanta, GA 30353-0905 |
| 14270768 | | Email/Text: bnc-quantum@quantum3group.com<br>Aug 25 2021 23:22:00 | | Quantum3 Group LLC as agent for, Comenity |

Case 16-22380-JAD    Doc 174    Filed 08/27/21    Entered 08/28/21 00:31:34    Desc
Imaged Certificate of Notice    Page 4 of 5

| District/off: 0315-2 | User: dpas | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Aug 25, 2021 | Form ID: pdf900 | Total Noticed: 61 |

| Recip ID | Notice Type | Date/Time | Name and Address |
|---|---|---|---|
| | | | Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14308002 | Email/Text: bnc-quantum@quantum3group.com | Aug 25 2021 23:22:25 | Quantum3 Group LLC as agent for, Connexus Credit Union, PO Box 788, Kirkland, WA 98083-0788 |
| 14255874 | Email/Text: bnc-quantum@quantum3group.com | Aug 25 2021 23:22:00 | Quantum3 Group LLC as agent for, Sterling Jewelers Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 14269417 | Email/Text: bnc-quantum@quantum3group.com | Aug 25 2021 23:22:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14953464 | + Email/Text: bncmail@w-legal.com | Aug 25 2021 23:23:00 | SYNCHRONY BANK, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |
| 14252139 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 25 2021 23:23:51 | Sears/CBSD, P.O. Box 6275, Sioux Falls, SD 57117-6275 |
| 14252140 | Email/PDF: gecsedi@recoverycorp.com | Aug 25 2021 23:23:29 | Synchrony Bank/Lowes, P.O. Box 530914, Atlanta, GA 30353-0914 |
| 14252141 | Email/PDF: gecsedi@recoverycorp.com | Aug 25 2021 23:23:38 | Synchrony Bank/Sams Club, P.O. Box 960061, Orlando, FL 32896-0061 |
| 14252143 | + Email/Text: BankruptcyNotice@upmc.edu | Aug 25 2021 23:23:00 | UPMC Community Medicine, Inc., 2 Hotmetal Street, Quantum Building One, Customer Service, 2nd Floor, Pittsburgh, PA 15203-2348 |
| 14315594 | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Aug 25 2021 23:23:38 | WORLD'S FOREMOST BANK, CABELA'S CLUB VISA, PO BOX 82609, LINCOLN, NE 68501-2609 |

TOTAL: 41

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | FREEDOM MORTGAGE CORPORATION |
| cr | | Flagstar Bank, FSB |
| cr | | Pingora Loan Servicing, LLC |
| cr | * | PERITUS PORTFOLIO SERVICES II, LLC, PO BOX 141419, IRVING, TX 75014-1419 |
| 14252131 | *+ | Internal Revenue Service, Insolvency Operation, Room 711B, 1000 Liberty Avenue, Pittsburgh, PA 15222-4107 |

TOTAL: 3 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 27, 2021       Signature:       /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 25, 2021 at the address(es) listed**

District/off: 0315-2     User: dpas     Page 4 of 4
Date Rcvd: Aug 25, 2021     Form ID: pdf900     Total Noticed: 61

**below:**

| Name | Email Address |
|---|---|
| Brett A. Solomon | on behalf of Creditor Ally Bank brett@solomon-legal.com |
| Brian Nicholas | on behalf of Creditor Pingora Loan Servicing  LLC bnicholas@kmllawgroup.com |
| Chrisovalanate P. Fliakos | on behalf of Creditor Pingora Loan Servicing  LLC pawb@fedphe.com |
| Dai Rosenblum | on behalf of Debtor Donald L Yoho Jody@dairosenblumbankruptcy.com Dai@dairosenblumbankruptcy.com;Michael@dairosenblumbankruptcy.com |
| Dai Rosenblum | on behalf of Joint Debtor Roxanne L Yoho Jody@dairosenblumbankruptcy.com Dai@dairosenblumbankruptcy.com;Michael@dairosenblumbankruptcy.com |
| James A. Prostko | on behalf of Creditor Pingora Loan Servicing  LLC jprostko@c-vlaw.com, jamesprostko@gmail.com |
| Jerome B. Blank | on behalf of Creditor Flagstar Bank  FSB pawb@fedphe.com |
| Jerome B. Blank | on behalf of Creditor Pingora Loan Servicing  LLC pawb@fedphe.com |
| Mario J. Hanyon | on behalf of Creditor Pingora Loan Servicing  LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Mario J. Hanyon | on behalf of Creditor FREEDOM MORTGAGE CORPORATION wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Thomas Song | on behalf of Creditor Pingora Loan Servicing  LLC pawb@fedphe.com |

TOTAL: 13